# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

PANASONIC CORPORATION

    V.

FREESCALE SEMICONDUCTOR, INC.,
et al

CIVIL 10-1663 (PGS)

O R D E R

The parties having reported that the above matter has been settled,

It is on this 7th day of May, 2010,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                       PETER G. SHERIDAN, U.S.D.J.