## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PANASONIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC., et al.<br><br>Defendants. | Civil Action No.: 10-1663 (PGS)<br><br>ORDER |

WHEREAS the Order dated May 4, 2010 (docket entry no. 12) is vacated; and

WHEREAS the United States International Trade Commission ("Commission") is investigating this matter; and

WHEREAS the statute permits the United States District Court to stay the matter until the Commission finalizes its action (28 U.S.C. § 1659); and

WHEREAS the Court finds that dismissal without prejudice with a right to reopen shall afford all parties the same relief as a stay;

IT IS on this 6th day of May, 2010

ORDERED that this action is dismissed without prejudice with the right to reopen by any party within 90 days of a determination by the United States International Commission in Investigation No. 337-TA-716.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.